UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROMELL WHITE LEWIS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7155** |
| **S. VERRETT, ET AL.** | **SECTION "E" (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana this 5th day of July, 2016.

_____
**UNITED STATES DISTRICT JUDGE**